UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/28/2022

CRISTOBAL,

                Plaintiff,

-against-

PERGOLA 36 LLC ET AL.,

                Defendants.

21-cv-11123 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On April 7, 2022, this matter was stayed pending the outcome of arbitration. ECF No. 16. The Parties are hereby **ORDERED** to submit a Joint Status Report to the Court on or before **November 10, 2022** indicating the status of the arbitration.

**SO ORDERED.**

Dated:    October 28, 2022
          New York, New York

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**