**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  3/6/2023_____

**CRISTOBAL**

                        Plaintiff,

                -against-

**PERGOLA 36 LLC ET AL.,**

                        Defendant.

**21-cv-11123 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On April 7, 2022, this matter was stayed pending the outcome of arbitration. ECF No. 16.

On November 10, 2022, the parties submitted a joint status report explaining that the case is on track

to be heard between the dates of March 14 to March 16, 2023. ECF No. 18.

The parties are hereby **ORDERED** to submit a joint status on the current status of this action

on or by **April 20, 2023.**

**SO ORDERED.**

Dated:   **March 6, 2023**
          **New York, New York**

_____
          **ANDREW L. CARTER, JR.**
          **United States District Judge**