USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/31/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRISTOBAL,<br><br>                              **Plaintiff,**<br><br>                              -against-<br><br>PERGOLA 36 LLC, *et al.*,<br><br>                              **Defendants.** | **21-cv-11123 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, United States District Judge:**

The parties are hereby **ORDERED** to file a JSR informing the Court of the pendency of this action by **June 7, 2024.**

**SO ORDERED.**

Dated:    May 31, 2024
             New York, New York

                                                              **ANDREW L. CARTER, JR.**
                                                               **United States District Judge**