USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __6/14/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRISTOBAL,<br><br>       Plaintiff,<br><br>    -against-<br><br>PERGOLA 36 LLC, *et al.*,<br><br>       Defendants. | 21-cv-11123 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, United States District Judge:**

  The Parties are hereby **ORDERED** to file a JSR informing the Court of the pendency of this action by **June 21, 2024.**

**SO ORDERED.**

Dated: **June 14, 2024**
     **New York, New York**

                          _/s/ Andrew L. Carter, Jr._
                           **ANDREW L. CARTER, JR.**
                           **United States District Judge**